# EXHIBIT A

Film:

*Mechanic: Resurrection*

| Record No. | IP | Port | Hit Date UTC | ISP | Region |
|---|---|---|---|---|---|
| 1 | 100.2.179.124 | 50893 | 2017-03-08 02:41:07 | Verizon Fios | New York |
| 2 | 74.101.100.252 | 51773 | 2017-07-19 21:05:11 | Verizon Fios | New York |
| 3 | 67.245.228.120 | 50412 | 2017-05-20 20:33:54 | Time Warner Cable | New York |
| 4 | 108.6.11.14 | 59856 | 2017-03-20 22:05:38 | Verizon Fios | New York |
| 5 | 100.12.51.23 | 62798 | 2017-07-18 21:05:07 | Verizon Fios | New York |
| 6 | 96.239.22.107 | 54552 | 2017-07-03 06:32:05 | Verizon Fios | New York |
| 7 | 96.246.25.95 | 50321 | 2017-06-04 18:25:05 | Verizon Fios | New York |
| 8 | 47.17.246.175 | 32602 | 2017-07-24 20:49:01 | Optimum Online | New York |
| 9 | 47.16.120.230 | 56556 | 2017-07-17 19:49:51 | Optimum Online | New York |
| 10 | 24.168.64.87 | 62869 | 2017-05-13 21:03:59 | Time Warner Cable | New York |
| 11 | 67.87.122.119 | 26300 | 2017-03-20 00:55:32 | Optimum Online | New York |
| 12 | 108.27.211.217 | 53414 | 2017-02-21 07:49:52 | Verizon Fios | New York |
| 13 | 74.108.32.7 | 8021 | 2017-05-06 13:57:56 | Verizon Fios | New York |
| 14 | 47.21.21.211 | 59206 | 2017-05-17 03:46:00 | Optimum Online | New York |
| 15 | 66.108.125.120 | 55721 | 2017-08-02 10:36:31 | Time Warner Cable | New York |