Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DEMATTEO LAW, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*ME2 Productions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ME2 PRODUCTIONS, INC. *Plaintiff*, v. DOE—100.2.179.124, DOE—74.101.100.252, DOE—67.245.228.120, DOE—108.6.11.14, DOE—100.12.51.23, DOE—96.239.22.107, DOE—96.246.25.95, DOE—47.17.246.175, DOE—47.16.120.230, DOE—24.168.64.87, DOE—67.87.122.119, DOE—108.27.211.217, DOE—74.108.32.7, DOE—47.21.21.211, and DOE—66.108.125.120, *Defendants*. | Civil A. No. 1:17-cv-05053-MKB-RML **NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed without prejudice as to defendant DOE—74.101.100.252 only. The subscriber associated with IP address 74.101.100.252 contacted Plaintiff's counsel through his/her attorney. Upon being notified of this lawsuit by his/her Internet Service Provider, the subscriber took steps in early September 2017 to prevent unauthorized use of his/her wireless router. Data collected by Plaintiff's investigators confirms this, as all use of BitTorrent file sharing apparently ceased abruptly on September 5, 2017. Counsel for both parties thereafter worked together to identify

the true infringer of Plaintiff's rights, but were unsuccessful. It is believed that the infringing individual, who likely resides within the vicinity of the subscriber, gained unauthorized access to the subscriber's router and used same to engage in substantial unauthorized file sharing activity.

<table>
<tr><td>DATED: September 14, 2017</td><td>Respectfully submitted,<br><br>DEMATTEO LAW, PLLC<br><br><i>/s/ Bryan N. DeMatteo</i><br>Bryan N. DeMatteo (BD 3557)<br>bryan@demfirm.com<br>830 Third Avenue, 5th Floor<br>New York, NY 10022<br>Tel.: (866) 645-4169<br>Fax: (732) 301-9202<br><i>Attorneys for Plaintiff</i><br><i>ME2 Productions, Inc.</i></td></tr>
</table>