



The Honorable Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Magistrate Judge Robert M. Levy

Thank you for taking the time to review this letter. I am sending this to oppose the motion made by DeMatteo Law PLLC in case No. 1:17-CV-05053-MKB-RML. I only received this letter to my residence on Saturday the 23rd of September, 2017 and was not home till Monday evening the 25th of September, 2017. The deadline to file to objection is to be September 29, 2017 4:00PM CST.

Once you receive my objection, can you please let me know before the time and date that is mentioned that it has been received so that I may fax a copy before the aforementioned time. I find this very short time to be very troubling as the motion for Discovery was filed nearly a month ago on August 30, 2017 and does not give myself of any of their other defendants much time to prepare much of anything.

Also, as this is filed to suppress the release of my personal info from Charter to the DeMateo Law firm, I will not be sending them a letter but will instead send their letter to you under your court's care should it need to be sent.


Sincerely,




John Doe alleged IP address 24.168.64.87

[EMAIL]

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ME2 PRODUCTIONS, INC. , <br><br> Plaintiff, <br><br> vs. <br><br> DOE – 100.2.179.124 ET AL., <br><br> Defendant | Case No.: 1:17-CV-05053-MKB-RML <br><br><br> DEFENDANT'S OPPOSITION TO DISCLOSURE OF IDENTIFYING INFORMATION |

STATE OF NEW YORK

COUNTY OF KINGS COUNTY

Dated this 27 of SEPTEMBER, 2017

John Doe
24.168.64.87

, affirms the following under the penalty of perjury:

1. I am the one of the people who's identity this company seeks to uncover from Charter Communications and I respectfully submit this affirmation in opposition of the motion dated 02 of October, 2017, made by ME2 productions, Inc via DeMatteo Law PLLC.

2. I have personal knowledge of facts which bear on this motion.

3. The motion to uncover my identity from Charter should be denied because of the following reasons.

    a. This company is a troll. Their business model is very easy to uncover on the internet, if you search for "ME2 Productions Lawsuits" you will find that they have a very successful business of monetizing alleged copyright infringement via bittorrent sites. Their business model works like this: ME2 Productions hired an outside company MaverickEye UG based in Germany to gather a list of IP addresses allegedly sharing copywritten works. ME2 files a motion to internet providers to turn over their customer's data based on these allegedly infringing IP addresses. Once the data

DEFENDANT'S OPPOSITION TO DISCLOSURE OF IDENTIFYING INFORMATION - 1

is turned over, they threaten to sue each of the persons that Charter associates with the IP address in question for $150,000 and make offers to settle for a lesser about in the $5,000 to $7,500 range. The letters are timed such that the defendants do not have time to properly submit an objection to the subpoena to the court. In my case I received the letter in the evening of Saturday the 23rd of September, 2017. I was out for a long weekend and got back on the evening of the 25th. I spent the 26th figuring out how to get this objection drafted and am hoping to have everything completed before the 28th, in advance of 29th deadline that is stated. For most people, this is not enough time and will be a huge part in the success of their fishing expedition for new people to monetize. Please see the information outlined in the following websites https://fightcopyrighttrolls.com/ with a good article on Magistrate Judge Stacey F Beckerman on the ORD 17-cv-00158 case or http://torrentdefense.com/80-new-me2-lawsuits-filed-in-2017/. This business is further supported by the dozens of law firms that offer to represent you for between $500.00 and $2000.00 and frequently pay advertising money to be a top ranked search results (to attract more clients). I would like to not give money to any party in this case or any law firms seeking to capitalize on the this unfortunate activity.

b. I received this letter because my IP address matches what the MaverickEye program sent to ME2 for an IP address. With an ISP you can have two types of IP addresses. Static IP addresses are generally paid for by businesses and as the name implies they do not change. Consumers generally are given dynamic IP addresses, unless they pay an extra fee, which I have never done. Thus my account is a dynamic IP address type, that means it changes on a regular basis. A "freshly leased" IP address is faster than one where the lease is old. To maximize my modem speeds in a legal way, I have my modem setup to a 48 hour timer. Thus every 48 hours, in the middle of the night, my ihome smart plug which power the modem interrupts the power for 10 minutes, this releases my IP address and 10 minutes when it's restarted I have a different "freshly leased" IP address. Because of this, the IP address they list for me cannot be my address.

c. I would testify that I do not share files. With Netflix, Curiosity Stream, Hulu, Amazon, et. al. there is no reason to download any files and I do not do so.

DEFENDANT'S OPPOSITION TO DISCLOSURE OF IDENTIFYING INFORMATION - 2

   d. I would testify and bring for examination my computer, which is a computer issued by my work. I do not have the ability to load any software, including torrent and file sharing software on it.

4. I am sending this letter to Magistrate Judge Robert M. Levy, the pro se of United States District Court, Eastern District. ~~I am not going to be sending a copy of this letter to DeMatteo Law PLLC as the whole reason behind this letter is to prevent the release of my information to them. As a courtesy, I have included the letter to them in the communication to Magistrate Judge Robert M. Levy.~~

I declare under the penalty of perjury that the foregoing is true and correct.

                    _____
                    John Doe Defendant alleged IP address 24.168.64.87

DEFENDANT'S OPPOSITION TO DISCLOSURE OF IDENTIFYING INFORMATION - 3

CC: Bryan Neil DeMatteo