Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DEMATTEO LAW, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*ME2 Productions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ME2 PRODUCTIONS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>DOE—100.2.179.124, DOE—74.101.100.252, DOE—67.245.228.120, DOE—108.6.11.14, DOE—100.12.51.23, DOE—96.239.22.107, DOE—96.246.25.95, DOE—47.17.246.175, DOE—47.16.120.230, DOE—24.168.64.87, DOE—67.87.122.119, DOE—108.27.211.217, DOE—74.108.32.7, DOE—47.21.21.211, and DOE—66.108.125.120,<br><br>*Defendants*. | Civil A. No. 1:17-cv-05053-MKB-RML<br><br>**NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed without prejudice as to defendant DOE—47.17.246.175 only.

DATED: October 13, 2017         Respectfully submitted,

                                DEMATTEO LAW, PLLC

                                */s/ Bryan N. DeMatteo*
                                Bryan N. DeMatteo (BD 3557)
                                bryan@demfirm.com
                                830 Third Avenue, 5th Floor
                                New York, NY 10022
                                Tel.: (866) 645-4169
                                Fax: (732) 301-9202

*Attorneys for Plaintiff*
*ME2 Productions, Inc.*